[No. 47766-8-I. Division One. April 15, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MAURICE LEON JORDAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-06633-0, Jeffrey M. Ramsdell, J., entered October 30, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 48119-3-I. Division One. April 15, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD SULLIVAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-00664-4, Larry E. McKeeman, J., entered January 19, 2001. *Affirmed* by unpublished opinion per Cox, A.C.J., concurred in by Grosse and Kennedy, JJ.

[No. 48446-0-I. Division One. April 15, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. SARAH BERRY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-01088-1, Jay V. White, J., entered April 12, 2001. *Reversed* by unpublished per curiam opinion.

[No. 48626-8-I. Division One. April 15, 2002.]

BEHAILU TADESSE, ET AL., *Appellants*, v. GABRIEL REYES, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-05007-0, William L. Downing, J., entered April 27, 2001. *Affirmed* by unpublished per curiam opinion.